HOONAH PACKING CO. v. TERRITORY OF ALASKA.

(Circuit Court of Appeals, Ninth Circuit. September 5, 1916.)

No. 2713.

In Error to the District Court of the United States for the First Division of the District of Alaska; Robert W. Jennings, Judge.

Action by the Territory of Alaska against the Hoonah Packing Company. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Cheney & Ziegler, of Juneau, Alaska, Warren Gregory, of San Francisco, Cal., and E. S. McCord and W. H. Bogle, both of Seattle, Wash., for plaintiff in error.

J. H. Cobb, Chief Counsel for the Territory of Alaska, of Juneau, Alaska, for defendant in error.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

HUNT, Circuit Judge. Upon the authority of Alaska Pacific Fisheries v. Territory of Alaska (No. 2709) 236 Fed. 52, —— C. C. A. ——, judgment of the District Court of Alaska, Division No. 1, is affirmed.